STETINA BRUNDA GARRED & BRUCKER
75 ENTERPRISE, SUITE 250
ALISO VIEJO, CALIFORNIA 92656
PHONE: (949) 855-1246; FACSIMILE: (949) 855-6371

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOE LEIGHTON & ASSOCIATES, INC., a California corporation, doing business as CANTERBURY ENTERPRISES | | Case No. EDCV10-00156 JST (OPx) |
| | | **JUDGMENT** |
| Plaintiff | | Judge Josephine Staton Tucker |
| vs. | | Trial Date: March 29, 2011 |
| HARDWARE COMPONENTS, INC., an Ohio corporation; and DOES 1 through 5, inclusive | | |
| Defendants | | |

Plaintiff and counter-defendant Joe Leighton & Associates, Inc., dba Canterbury Enterprises (hereinafter "Canterbury") and defendant and counterclaimant Hardware Components Inc. (hereinafter "Hardware") have entered into an Agreement to settle all claims in the lawsuit captioned Joe Leighton & Associates, Inc., a California corporation, doing business as Canterbury Enterprises v. Hardware Components, Inc. in the United States District Court, for the Central District of California in the Eastern Division, assigned as Case No: ED CV 10-00156 JST

(OPx), including Canterbury's complaint and Hardware's Counter-Claim, including any claims that could have been brought by any party in this litigation and any claims existing from the beginning of time and prior to execution of the Settlement Agreement regarding the parties to the Settlement Agreement's use, promotion, manufacture, or sale of Dante Products or Blue Flame Products.

## JUDGMENT

Pursuant to the terms of the Settlement Agreement and stipulation for entry of judgment, judgment is hereby entered as follows:

1. Joe Leighton & Associates dba Canterbury Enterprises will pay Hardware Components, Inc. the amount of Seventy-Five Thousand Dollars ($75,000) as set forth below.

   A. Payment in the amount of Fifteen Thousand Dollars ($15,000.00) in certified funds payable on or before February 15, 2011. Payment shall be made to Sedgwick, Detert, Moran & Arnold LLP.

   B. Payment in the amount of Ten Thousand Dollars ($10,000.00) in certified funds payable on or before March 15, 2011. Payment shall be made to Sedgwick, Detert, Moran & Arnold LLP.

   C. The balance of Fifty Thousand Dollars ($50,000.00) shall be paid in eighteen (18) equal monthly installments, beginning on April 15, 2011 in the amount of Two Thousand Seven Hundred Seventy-Seven and 77/100 Dollars ($2,777.77) per month payable on or before the fifteenth (15th) day of each month.

2. Joe Leighton & Associates dba Canterbury Enterprises its successors, assigns, officers, directors, subsidiaries and affiliate corporations will cease and desist from all further manufacture, marketing or offer for sale or selling of any valve, valve key, log lighter or fireplace products or accessories bearing the Dante trademark or any confusingly similar term thereto.

3. Hardware Components, Inc., its successors, assigns, officers, directors, subsidiaries and affiliate corporations will cease and desist from all further manufacture, marketing, offering for sale or selling of any log lighter product having an external configuration as defined in Canterbury's federal trademark nos. 2,714,807 and/or 2,714,808 or any confusingly similar configuration thereto.

4. Except for its right to dispose of the remaining Blue Flame valve keys as defined and/or otherwise provided for by the Asset Purchase Agreement, Hardware Components, Inc., its successors, assigns, officers, directors, subsidiaries and affiliate corporations will cease and desist from all further manufacture, marketing, offering for sale or selling of any valve, valve key, log lighter product or fireplace product or accessories bearing the Blue Flame trademark or any confusingly similar term thereto. This judgment shall not be interpreted as altering the terms of the Asset Purchase Agreement.

5. This Court will retain jurisdiction over the parties for enforcement of the terms of this Judgment.

**IT IS SO ORDERED.**

DATED: February 23, 2011

_____
The Honorable Judge Josephine Staton Tucker
Judge of the United States District Court